IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON STULL,

    Plaintiff,

v.

HALEY BEAMS, et al.

    Defendants.

ORDER

Case No. 22-cv-624-wmc

---

BRANDON STULL,

    Plaintiff,

v.

KALVIN BARRET, et al.

    Defendants.

ORDER

Case No. 22-cv-635-wmc

---

On January 11, 2023, the court entered an order giving plaintiff Brandon Stull until February 1, 2023, to submit the $5.00 initial partial payments of the $350.00 filing fee for these cases. Now plaintiff has filed a letter indicating that he does not have the funds to pay the $5.00 for each case.

Based on the documentation that plaintiff has provided to the court, it appears that plaintiff presently has no means to pay the filing fees or to make initial partial payments. Under these circumstances, plaintiff is not required to make initial partial payments. 28 U.S.C. § 1915(b)(4). However, plaintiff is obligated to pay the full $350.00 filing fees even if this court ultimately determines that plaintiff's complaints cannot go forward. 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

## ORDER

IT IS ORDERED that,

1. Plaintiff Brandon Stull may proceed without paying initial partial payments of the filing fees; although, plaintiff remains responsible for paying the $350.00 filing fee for each case.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 3rd day of February, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge